1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8           UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                          —oOo—

10 | ROBERT ELLIS,                         | CASE NO. 1:04-CV-05263-TAG
11 |                   Plaintiff,          | ▉▉▉▉▉▉▉ ORDER EXTENDING
   |                                       | PLAINTIFF'S TIME TO RESPOND TO
12 | vs.                                   | DEFENDANT'S OPPOSITION TO
   |                                       | PLAINTIFF'S APPLICATION FOR EAJA
13 | JO ANNE B. BARNHART,
   | Commissioner of Social Security,
14 |
   |                   Defendant.
15 |_____/

16     IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Opposition to

17 Plaintiff's Application For EAJA is hereby continued to December 15, 2005.

18

19 DATED: *November 10, 2005*

20

21                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
22

23

---

1
[PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR EAJA